UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LYNN ROMBOLI | ) |
|     Plaintiff, | ) |
|  | ) |
| VS. | ) C.A. NO. 1:20-cv-10068 |
|  | ) |
| CITY OF REVERE, | ) |
| REVERE POLICE DEPARTMENT, and | ) |
| CHIEF JAMES GUIDO, | ) |
|     Defendants. | ) |

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendant, James Guido, and counsel for the defendant hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*/s/ James Guido*[1]
_____
James Guido

*/s/ Seth B. Barnett*
_____
Seth B. Barnett, BBO #661497
**PIERCE DAVIS & PERRITANO LLP**
10 Post Office Square, Suite 1100N
Boston, MA 021109
(617) 350-0950
sbarnett@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 16, 2020.

*/s/ Seth B. Barnett*
_____
Seth B. Barnett

---

[1] [1] Due to COVID-19 impacts, the defendant, through counsel, is filing this Rule 16 certification with an electronic signature.