UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNN ROMBOLI,<br>      Plaintiff<br><br>V.<br><br>CITY OF REVERE, REVERE<br>POLICE DEPARTMENT, and CHIEF JAMES<br>GUIDO, in his official and individual capacity,<br>      Defendants | C.A. No.: 1:20-cv-10068 |

## JOINT NOTICE

Now come the parties in the above captioned matter and hereby state that all parties are available on January 21 and 28, 2022, as well as February 9, 10 and 11, 2022, for the purposes of mediation.

                                                         Respectfully submitted,
                                                         For the Plaintiff,
                                                         By her Attorney,

*/s/ Timothy M. Burke*
Timothy M. Burke, Esq., BBO #065720
LAW OFFICES OF TIMOTHY M. BURKE
117 Kendrick Street, Suite 300
Needham, MA 02494
(781) 455-0707

For the Defendants,
By their Attorney,

*/s/ Seth B. Barnett*
Seth B. Barnett, BBO #661497
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
sbarnett@piercedavis.com

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon all counsel of record through the Massachusetts Electronic Filing System (ECF). Email copies have been sent to all parties listed as non-recipients of electronic notices.

Date:   12/22/2021                           /s/ Timothy M. Burke_____