UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNN ROMBOLI )<br>    Plaintiff, )<br> )<br>VS. )<br> )<br>CITY OF REVERE, )<br>REVERE POLICE DEPARTMENT, and )<br>CHIEF JAMES GUIDO, )<br>    Defendants. ) | C.A. NO. 1:20-cv-10068 ADB |

**DEFENDANTS' MOTION TO CONTINUE MEDIATION – ASSENTED TO**

Defendants, with Plaintiff's assent, move this Honorable Court to briefly continue the Alternative Dispute Resolution ("ADR") Mediation presently scheduled for Friday, February 25, 2022, before Magistrate Judge Collings. As grounds for this Motion and as previously reported to the Court, defense counsel is undergoing surgery on February 23, 2022, and is unavailable for mediation during his recovery.

The Parties are in the process of conferring about mutually available dates and intend to report back to the Court by February 28, 2022, with available dates.

WHEREFORE, the defendants, with plaintiff's assent, respectfully moves the Court to continue the Mediation scheduled for February 25, 2022, to a mutually agreeable date or a date convenient to the Court after March 21, 2022.

| | |
|---|---|
| | The Defendants,<br>CITY OF REVERE,<br>REVERE POLICE DEPARTMENT, and<br>CHIEF JAMES GUIDO,<br>By their Attorneys,<br><br>**PIERCE DAVIS & PERRITANO LLP**<br><br>*/s/ Seth B. Barnett* |

|  | Seth B. Barnett, BBO #661497<br>10 Post Office Square, Suite 1100N<br>Boston, MA 02109<br>(617) 350-0950<br>sbarnett@piercedavis.com |
|---|---|

Assented to:
The Plaintiff,
LYNN ROMBOLI,
By her attorneys,

**LAW OFFICES OF TIMOTHY M. BURKE**

*/s/ Timothy M. Burke*          \_\_\_\_\_
Timothy M. Burke, BBO #065720
Jared S. Burke, BBO# 677851
160 Gould Street, Suite 100
Needham, MA 02494
(781) 455-0707
attytimburke@gmail.com
jsburke@timburkelaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 22, 2022.

                                 */s/ Seth B. Barnett*
                                 _____
                                 Seth B. Barnett, Esq.