UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNN ROMBOLI,<br>　　　Plaintiff<br><br>V.<br><br>CITY OF REVERE, REVERE<br>POLICE DEPARTMENT, and CHIEF JAMES<br>GUIDO, in his official and individual capacity,<br>　　　Defendants | )<br>)<br>)<br>)<br>)  C.A. No.: 1:20-cv-10068<br>)<br>)<br>)<br>) |

PLAINTIFF'S STATUS REPORT

　　　Plaintiff Lynn Romboli, under the Court's June 8, 2022-Order (Dckt. 40), presents this status report regarding her position on any continued possibility of resolution through ADR, the status of fact and any expert discovery, and positions with regard to dispositive motions and setting a trial date as follows:

1. On April 26, 2022, the parties participated in ADR with Magistrate Judge Robert B Collings.

2. Magistrate Judge Robert B Collings proposed a monetary resolution to both parties and asked that the parties notify the Court whether the proposed terms were agreed upon.

3. On June 2, 2022, Magistrate Judge Robert B Collings entered a Final Report of ADR Proceedings indicating that the case was not settled. (Dckt. 39)

4. Subsequently, Counsel for both parties have continued to explore a potential resolution.

5. In the interim, Plaintiff's counsel has requested available dates for the named defendants to schedule their depositions.

6. In the event continued settlement discussions are unsuccessful, Plaintiff respectfully requests a fact discovery deadline of September 30, 2022, and a dispositive motion deadline of November 15, 2022.

Respectfully submitted,
For the Plaintiff,
By her Attorney,

*/s/ Timothy M. Burke*
Timothy M. Burke, Esq., BBO #065720
LAW OFFICES OF TIMOTHY M. BURKE
117 Kendrick Street, Suite 300
Needham, MA  02494
(781) 455-0707

CERTIFICATE OF SERVICE

 I hereby certify that a true copy of the above document was served upon all counsel of record through the Massachusetts Electronic Filing System (ECF). Email copies have been sent to all parties listed as non-recipients of electronic notices.

Date:  06/21/2022      */s/ Timothy M. Burke*